UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24678 CIV-COOKE

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ONIX CAPITAL LLC, and
ALBERTO CHANG-RAJII,

Defendants, and

DEEP OCEAN LLC,
NEXT CAB VENTURES LLC,
NEXT CALL VENTURES LLC,
NEXT CHAT VENTURES LLC,
NEXT PAY VENTURES LLC,
NEXT U VENTURES LLC,
NEXT TRACK VENTURES LLC, and
PROGRESSIVE POWER LLC,

Relief Defendants.

FILED by YM D.C.

NOV 08 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY MOTION FOR ASSET FREEZE AND OTHER RELIEF

The Securities and Exchange Commission ("Commission") moves for an order:

a. freezing temporarily and, after a hearing, for the duration of this litigation, the assets of Defendants and Relief Defendants;

b. requiring Defendants and Relief Defendants to provide a sworn accounting;

c. requiring Defendants and Relief Defendants to repatriate assets held outside the United States;

d. prohibiting Defendants and Relief Defendants from destroying records; and

e. permitting expedited discovery.

In support of this Motion, the Commission relies on the accompany Exhibits and Memorandum of Law.

Dated: November 8, 2016

Respectfully submitted,

By: _____
Eric E. Morales
Counsel
S.D. Fla. No. A5500886
Telephone: (305) 416-6210
Email: moralese@sec.gov

Andrew O. Schiff
Regional Trial Counsel
S.D. Fla. No. A5501900
Telephone: (305) 982-6390
E-mail: schiffa@sec.gov

Sean M. O'Neill
Senior Counsel
Fla Bar No. 41774
Telephone: (305) 982-6302
Email: oneills@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154