EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-24678-COOKE/TORRES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ONIX CAPITAL LLC, *et al.*

    Defendants.
_____/

**ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION
TO EMPLOY DAMIAN & VALORI LLP AS COUNSEL**

THIS CAUSE came before the Court on the Receiver's (the "Receiver") Motion for Authorization to Employ Damian & Valori LLP as counsel to the Receiver and Kenneth Dante Murena, Esq. as lead counsel (the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is ORDERED as follows:

    1.    The Motion is **GRANTED**.

    2.    The Receiver is authorized to retain Damian & Valori LLP as counsel, and Kenneth Dante Murena, Esq. as lead counsel, to assist the Receiver to fulfill her duties under the Receivership Order.

DONE and ORDERED this ___ day of _____, 2017 in the Southern District of Florida.

_____
UNITED STATES DISTRICT COURT JUDGE