UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

CASE NO.: 16-CV-24678-Cooke/Torres

SECURITIES AND EXCHANGE
COMMISSION

      Plaintiff,

v.

ONIX CAPITAL LLC, and
ALBERTO CHANG-RAJII,

      Defendants, and

DEEP OCEAN LLC, et al.,
NEXT CAB VENTURES LLC,
NEXT CALL VENTURES LLC,
NEXT CHAT VENTURES LLC,
NEXT PAY VENTURES LLC,
NEXT TRACK VENTURES LLC, and
PROGRESSIVE POWER LLC,

      Relief Defendants.
_____/

## PUTATIVE PETITIONERS JOINDER TO MOTION FOR HEARING ON NOTICE TO ALL INVESTORS AND CREDITORS OF ONIX CAPITAL LLC AND RELIEF DEFENDANTS

Ely Magendzo, Inver Corp, NES SPA and Estanislao Bernardo Gonczanski ("Putative Petitioners"), by their undersigned counsel, file this Joinder to the Motion for Hearing on Notice to All Investors and Creditors of Onix Capital LLC and Relief Defendants [DE 94] in the request for a hearing on the Putative Petitioners Motion for Permission to File Involuntary Bankruptcy and Incorporated Memorandum of Law [DE 81].

Dated: June 8, 2017                Respectfully submitted,

GrayRobinson, P.A.
*Counsel for the Putative Petitioners*
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887


By::   */s/ Leyza F. Blanco*
            Leyza F. Blanco
            Florida Bar Number 104639
            Drew S. Haggard
            Florida Bar Number 124379


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF filing system with the Clerk of the Court, which sent email notification of such filing to all CM/ECF participants in this case listed on the Service List on June 8, 2017.

*/s/Leyza F. Blanco*
Leyza F. Blanco, Esq.

-2-

## SERVICE LIST

Sharon L. Kegerreis
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 714-4393
Email: skegerreis@bergersingerman.com

Eric E. Morales
Andrew O. Schiff
Sean M. O'Neill
Securities Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Email: moralese@sec.gov
Email: schiffa@sec.gov
Email: oneills@sec.gov

Edward H. Davis
Gregory S. Grossman
Arnoldo B. Lacayo
Cristina Vicens Beard
ASTIGARRAGA DAVIS
MULLINS & GROSSMAN, P.A.
1001 Brickell Bay Dr., 9th Floor
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: edavis@astidavis.com
Email: ggrossman@astidavis.com
Email: alacayo@astidavis.com
Email: cvicens@astidavis.com