# EXHIBIT A

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
SEC v. ONIX CAPITAL ET AL.
Reporting Period 3/28/17 to 9/30/17

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 3/28/17): | $ - | $ - | $ - |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities[1] | $ 5,548,446.85 | $ 5,548,446.85 | $ 5,548,446.85 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 5,548,446.85 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 1,509.38 | $ 1,509.38 | $ 1,509.38 |
| Line 10a | Disbursements to Receiver or Other Professionals |  |  |  |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 1,509.38 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| | | | | |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11) | | | $ 1,509.38 |
| Line 13 | Ending Balance (As of September 30, 2017) | | | $ 5,546,937.47 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 5,546,937.47 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | | | $ 5,546,937.47 |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] Funds were received into the Recevierhip accounts; Onix Capital LLC, Next Chat Ventures, LLC and Next Pay Ventures, LLC. See receipts to those accounts attach hereto as Exhibit 1.

[2] Funds were disbursed to maintain its business and its assets. See Expenses attach hereto as Exhibit 2.

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian, P.A.,
*Court-Appointed Receiver*

**Onix Capital Receivership Receipts of Estate Account**
**EXHIBIT 1 Receipt**

| Date | Check # | Amount | Explanation |
|---|---|---|---|
| 4/13/2017 | wire | $ 19,918.35 | Okeanos Technologies |
| 8/11/2017 | wire | $ 3,168,618.36 | Square, Inc. |
| 8/21/2017 | wire | $ 3,784.98 | Square, Inc. |
| 8/30/2017 | wire | $ 250.00 | Interest |
| 9/26/2017 | wire | $ 2,355,875.16 | Snap Chat |
| Total | | $ 5,548,446.85 | |

Onix Capital Receivership Expenses of Estate Account

**EXHIBIT 2 EXPENSES**
Onix Capital Receivership Account

| Date | Invoice | Check # | Payable | Amount | Description |
|---|---|---|---|---|---|
| 8/18/2017 | | | Broker Fee | $ 1,509.38 | Sale of Square |
| | | | **Total** | **$ 1,509.38** | |