# EXHIBIT A

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
SEC v. ONIX CAPITAL ET AL.
Reporting Period 10/1/17 to 4/30/18

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 10/1/17): | $          - | $          - | **$ 5,546,937.47** |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $          - | $          - | $          - |
| **Line 3** | Cash and Securities |  |  |  |
| **Line 4** | Interest/Dividend Income |  |  |  |
| **Line 5** | Business Asset Liquidation |  | $          - | $          - |
| **Line 6** | Personal Asset Liquidation | $          - | $          - | $          - |
| **Line 7** | Third-Party Litigation Income | $          - | $          - | $          - |
| **Line 8** | Miscellaneous - Other | $          - | $          - | $          - |
|  | **Total Funds Available (Lines 1-8):** |  |  | **$ 5,546,937.47** |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors |  |  |  |
| **Line 10** | Disbursements for Business Operations [1] | $          55.55 | $          55.55 | $          55.55 |
| Line 10a | Disbursements to Receiver or Other Professionals [1] | $     149,176.47 | $     149,176.47 | $     149,176.47 |
| Line 10b | Business Asset Expenses |  | $          - |  |
| Line 10c | Personal Asset Expenses: | $          - | $          - | $          - |
| Line 10d | Investment Expenses | $          - | $          - | $          - |
| Line 10e | Third-Party Litigation | $          - | $          - | $          - |
| Line 10f | Tax Administrator Fees and Bonds | $          - | $          - | $          - |
| Line 10g | Federal and State Tax Payments | $          - | $          - | $          - |
|  | **Total Disbursements for Receivership Operations** |  |  | **$     149,232.02** |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $          - | $          - | $          - |
| Line 11a | Distribution Plan Development Expenses: | $          - | $          - | $          - |
| Line 11b | Distribution Plan Implementation Expenses: | $          - | $          - | $          - |
| **Line 12** | Disbursements to Court/Other | $          - | $          - | $          - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $          - | $          - | $          - |

| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
|---|---|---|---|---|
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 149,232.02 |
| **Line 13** | **Ending Balance (As of April 30, 2018)** | | | $ 5,397,705.45 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 5,397,705.45 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 5,397,705.45 |
| **Lines 15-19** | Other Supplemental Information: | N/A | | |

[1] Funds were disbursed to maintain its business and its assets. See Expenses attach hereto as Exhibit 1.

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian, P.A.,
*Court-Appointed Receiver*

**Onix Capital Receivership Expenses of Estate Account**

## EXHIBIT 1 EXPENSES
## Onix Capital Receivership Account

| Date | Check # | Payable | Amount | | Description |
|------|---------|---------|--------|---|-------------|
| 10/25/2018 | | Gibraltar Private | $ | 5.55 | bank charges |
| 12/11/2018 | | Gibraltar Private | $ | 25.00 | wire fee |
| 12/11/2018 | | Gibraltar Private | $ | 25.00 | wire fee |
| | | **Total** | **$** | **55.55** | |

**Professional Fees (DE 169) 12/6/17**

| 12/11/2017 | transfer | Damian & Valori | $ | 48,200.45 |
|------------|----------|-----------------|---|-----------|
| 12/11/2017 | transfer | Damian & Valori | $ | 48,200.45 |
| 12/11/2017 | transfer | Kozyak Tropin & Throckmorton | $ | 26,387.78 |
| 12/11/2017 | transfer | Kozyak Tropin & Throckmorton | $ | 26,387.79 |
| | | **Total** | **$ 149,176.47** | |