**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 16-CV-24678-COOKE/TORRES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ONIX CAPITAL LLC, *et al.*,

    Defendants.
_____/

**NOTICE OF FILING PROPOSED ORDER GRANTING
RECEIVER'S SECOND MOTION TO AUTHORIZE THE PAYMENT
OF FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS**

Melanie Damian, Esq., as Receiver ("Receiver") for Onix Capital, LLC ("Onix") and Relief Defendants Deep Ocean LLC, Next Cab Ventures LLC, Next Call Ventures LLC, Next Chat Ventures LLC, Next Pay Ventures LLC, Next U Ventures LLC, Next Track Ventures LLC, and Progressive Power LLC (collectively, the "Relief Defendants," and with Onix, the "Receivership Entities"), gives notice of the filing of the attached proposed order granting the Receiver's Second Motion to Authorize the Payment of Fees and Expenses of Receiver and Her Professionals ("Second Fee Application," D.E. 197) and is authorized to represent that Intervenor Carlos Parada Abate, Liquidator of Onix Capital, S.A. ("Intervenor") has no objection to the entry of an order granting the Second Fee Application in the form attached hereto. Accordingly, the Receiver requests that the Court enter an order in the form attached hereto authorizing the Receiver to proceed with the payment of fees and costs incurred by the Receiver and her counsel from October 1, 2017 through April 30, 2018.

Dated: July 31, 2018                    Respectfully submitted,

                                               **KOZYAK TROPIN & THROCKMORTON, LLP**
*Counsel for the Receiver*
2525 Ponce de Leon Boulevard, 9th Floor
Miami, Florida 33134
Tel:   (305) 372-1800
Fax:  (305) 372-3508

By:    */s/ Daniel S. Maland, Esq.*
      Corali Lopez-Castro
      FL Bar No. 863830
      David L. Rosendorf
      FL Bar No. 996823
      Daniel S. Maland
      FL Bar No. 114932
      clc@kttlaw.com
      dlr@kttlaw.com
      dmaland@kttlaw.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on July 31, 2018 as filed with the Clerk of the Court using CM/ECF.

By:   */s/ Daniel S. Maland*
      Daniel S. Maland