UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-Civ-24678-COOKE/TORRES

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ONIX CAPITAL LLC, *et al.*,

    Defendants.
_____/

## ORDER GRANTING RECEVIER'S SECOND MOTION TO AUTHORIZE THE PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS

THIS CAUSE is before me on the *Receiver's Second Interim Report and Motion Authorizing the Payment of Fees and Expenses of Receiver and her Professionals* ("Second Fee Application," D.E. 197). By the Second Fee Application, the Receiver seeks payment of fees and costs incurred by the Receiver and her counsel from October 1, 2017 through April 30, 2018 (the "Second Application Period").

The Court has considered the Second Fee Application and the attachments thereto, and finds and concludes that the requested fees and costs represent actual and necessary expenses incurred in the performance of the Receiver's duties, for which the Receiver and her professionals are entitled to compensation pursuant to the Order Appointing Receiver (D.E. 84, 148). Accordingly, the Court determines that the Second Fee Application should be granted.

It is hereby **ORDERED AND ADJUDGED** as follows:

1.    The fees and costs of Damian & Valori LLP for the Second Application Period in the amount of $14,497.30 in fees and $362.30 in costs are APPROVED.

2. The fees and costs of Kozyak, Tropin & Throckmorton LLP for the Second Application Period in the amount of $227,042.50 in fees and $14,323.02 in costs are APPROVED.

3. The fees and costs of KapilaMukamal, LLP for the Second Application Period in the amount of $96,855.00 in fees and $810.26 in costs are APPROVED.

4. The Receiver is authorized to pay 80% of the approved fees ($11,597.84 as to Damian & Valori LLP, $181, 634.00 as to Kozyak Tropin & Throckmorton LLP and $77, 484.00 as to KapilaMukamal, LLP) and 100% of the approved costs from the assets held by the Receivership Estate. The approved fees and costs shall be paid 50% from the funds currently held in Next Chat Ventures LLC, and 50% from the funds currently held in Next Pay Ventures LLC).

5. The Receiver may request payment of the remaining balance of the approved fees (*i.e.*, the 20% holdback) upon final distribution of Receivership assets to investors.

**DONE AND ORDERED** in Chambers in Miami, Florida, this \_\_\_\_ day of August, 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*