# EXHIBIT A

SEC'S STANDARDIZED FUND ACCOUNTING REPORT

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
SEC v. ONIX CAPITAL ET AL.
Reporting Period 5/1/18 to 12/31/18

|          |                                                                        | Detail        | Subtotal      | Grand Total    |
|----------|------------------------------------------------------------------------|---------------|---------------|----------------|
| Line 1   | Beginning Balance (As of 5/1/18):                                      | $ -           | $ -           | $ 5,397,705.45 |
|          | **Increases in Fund Balance:**                                         |               |               |                |
| Line 2   | Business Income                                                        | $ -           | $ -           | $ -            |
| Line 3   | Cash and Securities                                                    |               |               |                |
| Line 4   | Interest/Dividend Income [1]                                           | $ 9,573.96    | $ 9,573.96    | $ 9,573.96     |
| Line 5   | Business Asset Liquidation [1]                                         | $ 611,757.30  | $ 611,757.30  | $ 611,757.30   |
| Line 6   | Personal Asset Liquidation                                             | $ -           | $ -           | $ -            |
| Line 7   | Third-Party Litigation Income                                          | $ -           | $ -           | $ -            |
| Line 8   | Miscellaneous - Other                                                  | $ -           | $ -           | $ -            |
|          | **Total Funds Available (Lines 1-8):**                                 |               |               | $ 6,019,036.71 |
|          | **Decreases in Fund Balance:**                                         |               |               |                |
| Line 9   | Disbursements to Investors                                             |               |               |                |
| Line 10  | ]Disbursements for Business Operations                                 | $ 75.00       | $ 75.00       | $ 75.00        |
| Line 10a | Disbursements to Receiver or Other Professionals [2]                   | $ 285,921.58  | $ 285,921.58  | $ 285,921.58   |
| Line 10b | Business Asset Expenses                                                |               | $ -           |                |
| Line 10c | Personal Asset Expenses:                                               | $ -           | $ -           | $ -            |
| Line 10d | Investment Expenses                                                    | $ -           | $ -           | $ -            |
| Line 10e | Third-Party Litigation                                                 | $ -           | $ -           | $ -            |
| Line 10f | Tax Administrator Fees and Bonds                                       | $ -           | $ -           | $ -            |
| Line 10g | Federal and State Tax Payments                                         | $ -           | $ -           | $ -            |
|          | **Total Disbursements for Receivership Operations**                    | $ 285,996.58  | $ 285,996.58  | $ 285,996.58   |
| Line 11  | Disbursements for Distribution Expenses Paid by the Fund:              | $ -           | $ -           | $ -            |
| Line 11a | Distribution Plan Development Expenses:                                | $ -           | $ -           | $ -            |
| Line 11b | Distribution Plan Implementation Expenses:                             | $ -           | $ -           | $ -            |
| Line 12  | Disbursements to Court/Other                                           | $ -           | $ -           | $ -            |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees       | $ -           | $ -           | $ -            |

| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
|---|---|---|---|---|
|  | Total Disbursements to Court/Other |  |  |  |
|  | Total Funds Disbursed (Lines 9-11) |  |  | $ 285,996.58 |
| Line 13 | Ending Balance (As of December 31, 2018) |  |  | $ 5,733,040.13 |
| Line 14 | Ending Balance of Fund – Net Assets: |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | $ 5,733,040.13 |
| Line 14b | Investments |  |  | $ - |
| Line 14c | Other Assets or Uncleared Funds |  |  |  |
|  | Total Ending Balance of Fund – Net Assets |  |  | $ 5,733,040.13 |
| Lines 15-19 | Other Supplemental Information: | N/A |  |  |

[1] interest funds were received into the Receivership accounts; Next Chat Ventures Account, Next Pay Ventures Account, Next Track Venutres Account and Onix Capital Account. See Receipts attached

[2] Funds were disbursed to administer the receivership and its assets. See expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

## Onix Capital Receivership Receipts of Estate Accounts
## EXHIBIT 1 Receipts (Page 1 of 2)

| Mystic Point Holdings Inc. | Amount | Account |
|---|---|---|
| 6/12/2018 | $ 32,500.00 | Onix Capital |

| Cluadis S Pinto Lowe/Richard Glucksman | | |
|---|---|---|
| 6/27/2018 | $ 59,500.00 | Onix Capital |

| Alejandro Algaze | | |
|---|---|---|
| 7/12/2018 | $ 124,000.00 | Onix Capital |

| Sergio Gustavo Flasch Stajel | | |
|---|---|---|
| 7/30/2018 | $ 12,000.00 | Onix Capital |

| Lab4U | | |
|---|---|---|
| 9/4/2018 | $ 250,000.00 | Onix Capital |

| Alberta Ltd. | | |
|---|---|---|
| 10/29/2018 | $ 13,480.00 | Onix Capital |

| Daniel O Lopez | | |
|---|---|---|
| 11/16/2018 | $ 38,000.00 | Onix Capital |

| David Sabo Waisman | | |
|---|---|---|
| 12/6/2018 | $ 20,800.00 | Onix Capital |

| Johnathan Kol-Bar | | |
|---|---|---|
| 12/19/2018 | $ 33,477.30 | Onix Capital |

| Railroad Project | | |
|---|---|---|
| 12/28/2018 | $ 28,000.00 | Next Track Ventures |

Total of Settlements          $ 611,757.30

**EXHIBIT 1 Receipts (Page 2 of 2)**
**City Nayional Bank Interest**

| Date | Explanation | Amount | Account |
|---|---|---|---|
| 9/7/2018 | interest | $ 10.37 | Next Chat Ventures |
| 9/28/2018 | interest | $ 790.62 | Next Chat Ventures |
| 10/31/2018 | interest | $ 1,134.76 | Next Chat Ventures |
| 11/30/2018 | interest | $ 1,032.12 | Next Chat Ventures |
| 12/31/2018 | interest | $ 1,034.69 | Next Chat Ventures |
| 9/7/2018 | interest | $ 50.90 | Next Pay Ventures |
| 9/28/2018 | interest | $ 1,073.19 | Next Pay Ventures |
| 10/31/2018 | interest | $ 1,540.33 | Next Pay Ventures |
| 11/30/2018 | interest | $ 1,400.99 | Next Pay Ventures |
| 12/31/2018 | interest | $ 1,416.04 | Next Pay Ventures |
| 12/31/2018 | interest | $ 2.12 | Next Track Ventures |
| 9/28/2018 | interest | $ 6.89 | Onix Capital |
| 10/31/2018 | interest | $ 9.90 | Onix Capital |
| 11/30/2018 | interest | $ 9.00 | Onix Capital |
| 12/31/2018 | interest | $ 62.04 | Onix Capital |
| Total | | $ 9,573.96 | |

**Grand Total**     $ 621,331.26

**Onix Capital Receivership Expenses of Estate Account**
**EXHIBIT 2 EXPENSES**
**Receivership Account**

**Professional Fees (DE 242) 11/30/18**

| Date | Type | Payee | Amount |
|---|---|---|---|
| 12/3/2018 | check | Damian & Valori | $ 5,835.15 |
| 12/3/2018 | check | Damian & Valori | $ 5,835.15 |
| 12/3/2018 | check | Kozyak Tropin & Throckmorton | $ 97,978.51 |
| 12/3/2018 | check | Kozyak Tropin & Throckmorton | $ 97,978.51 |
| 12/3/2018 | check | Kapila Mukamal LLP | $ 39,147.13 |
| 12/3/2018 | check | Kapila Mukamal LLP | $ 39,147.13 |
| | | Total | $ 285,921.58 |