UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24678-Civ COOKE/LOUIS

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

ONIX CAPITAL LLC, *et al.*,

      Defendants.

_____/

### ORDER GRANTING RECEIVER'S THIRD MOTION TO AUTHORIZE THE PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS

THIS MATTER comes before me on the Receiver's Third Interim Report and Motion Authorizing the Payment of Fees and Expenses of Receiver and her Professionals (the "Third Fee Application"). ECF No. 255. In the Third Fee Application, the Receiver seeks payment of fees and costs incurred by the Receiver and her counsel from May 1, 2018 through December 31, 2018 (the "Third Application Period"). *Id*.

The Court has considered the Third Fee Application and its supporting documents. Based on that review, the Court concludes that the requested fees and costs represent actual and necessary expenses incurred in the performance of the Receiver's duties, for which the Receiver and her professionals are entitled to compensation under the Order Appointing Receiver. *See Receivership Order*, ECF No. 84; *see also Amended Receivership Order*, ECF No. 148. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.     The Court **GRANTS** the Third Fee Application (ECF No. 255).
2.     The Court **APPROVES** the fees and costs of Damian & Valori LLP for the Third Application Period in the amount of $20,670.00 in fees and $161.72 in costs.

3. The Court **APPROVES** the fees and costs of Kozyak, Tropin & Throckmorton LLP for the Third Application Period in the amount of $272,290.00 in fees and $27,114.03 in costs.

4. The Court **APPROVES** the fees and costs of KapilaMukamal, LLP for the Third Application Period in the amount of $68,187.80 in fees and $976.77 in costs.

5. The Court **APPROVES** the fees and costs of Shumaker Loop & Kendrick, LLP for the Third Application Period in the amount of $20,015.50 in fees and $121.40 in costs.

6. The Receiver will pay 80% of the approved fees and 100% of the approved costs from the assets held by the Receivership Estate. Half of the approved fees and costs will be paid from the funds currently held in Next Chat Ventures LLC and the other half will come from funds held in Next Pay Ventures LLC.

7. The Receiver may request payment of the remaining 20% of the approved fees after final distribution of Receivership assets to investors.

**DONE AND ORDERED** in chambers at Miami, Florida, this 16th day of April 2019.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies to furnished to:
*Lauren F. Louis, U.S. Magistrate Judge*
*Counsel of record*