UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24678-Civ COOKE/LOUIS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ONIX CAPITAL LLC, *et al.*,

    Defendants.
_____/

### AGREED ORDER APPROVING RECEIVER'S PARTIAL ALLOWANCE OF E. MAGENDZO'S CLAIM AND INITIAL DISTRIBUTION

**THIS MATTER** comes before the Court on the Notice of Resolution of Disputed Claim filed by Melanie E. Damian, as the court-appointed Receiver in the above-captioned enforcement action. *See* ECF No. 265. The Court has considered the Notice and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Ely Magendzo's Objection and Appeal of Receiver's Determination Regarding Claim (ECF No. 198) is hereby **DISMISSED** *with prejudice*.

    2.    Mr. Magendzo's claim will be partially allowed for the amount of $77,642.00.

    3.    The Receiver is authorized to make an initial *pro rata* distribution of $19,053.35 to Mr. Magendzo, which equals 24.54% of his allowed claim, the *pro rata* distribution rate as approved by this Court for all allowed claimants in the Court's Order Approving Receiver's Unopposed Motion to Approve Allowed Claims and Initial Distribution (the "Initial Distribution Order"). *See* ECF No. 262.

    4.    All funds that the Initial Distribution Order required to be reserved pending Mr. Magendzo's claim objection will be released back to the receivership estate.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 1st day of August 2019.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren F. Louis, U.S. Magistrate Judge*
*Counsel of Record*