# EXHIBIT A

SEC'S STANDARDIZED FUND ACCOUNTING REPORT

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
SEC v. ONIX CAPITAL ET AL.
Reporting Period 1/1/19 to 6/30/19

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 1/1/19): | $ - | $ - | **$ 5,733,040.13** |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities |  |  |  |
| **Line 4** | Interest/Dividend Income [1] | $ 10,264.14 | $ 10,264.14 | $ 10,264.14 |
| **Line 5** | Business Asset Liquidation [1] | $ 1,879,622.00 | $ 1,879,622.00 | $ 1,879,622.00 |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | **$ 7,622,926.27** |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors [2] | $ 4,975,705.79 | $ 4,975,705.79 | $ 4,975,705.79 |
| **Line 10** | Disbursements for Business Operations [2] | $ 407.92 | $ 407.92 | $ 407.92 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 456,666.75 | $ 456,666.75 | $ 456,666.75 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** | $ 457,074.67 | $ 457,074.67 | $ 457,074.67 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |

| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
|---|---|---|---|---|
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11) | | | $ 5,432,780.46 |
| Line 13 | Ending Balance (As of June 30, 2019) | | | $ 2,190,145.81 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 2,190,145.81 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | | | $ 2,190,145.81 |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] Funds were received and the Receivership accounts were consolidated into Onix Capital Receivership Account. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership and its assets along with the intial distribution. See expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Onix Capital Receivership Receipts of Estate Accounts**
**EXHIBIT 1 Receipts**

|           |          | Amount          | Account      |
|-----------|----------|-----------------|--------------|
| 2/15/2019 |          | $ 28,800.00     | Onix Capital |
| 4/16/2019 |          | $ 1,850,822.00  | Onix Capital |
|           |          | $ 1,879,622.00  |              |

**City National Bank Interest**

| Date      | Explanation | Amount      | Account            |
|-----------|-------------|-------------|--------------------|
| 1/31/2019 | interest    | $ 1,000.71  | Next Chat Ventures |
| 2/28/2019 | interest    | $ 904.29    | Next Chat Ventures |
| 3/31/2019 | interest    | $ 936.98    | Next Chat Ventures |
| 1/31/2019 | interest    | $ 1,382.23  | Next Pay Ventures  |
| 2/28/2019 | interest    | $ 1,249.05  | Next Pay Ventures  |
| 3/31/2019 | interest    | $ 1,293.32  | Next Pay Ventures  |
| 1/31/2019 | interest    | $ 13.08     | Next Track Ventures |
| 2/28/2019 | interest    | $ 11.82     | Next Track Ventures |
| 3/31/2019 | interest    | $ 12.25     | Next Track Ventures |
| 1/31/2019 | interest    | $ 181.54    | Onix Capital       |
| 2/28/2019 | interest    | $ 221.40    | Onix Capital       |
| 3/31/2019 | interest    | $ 231.21    | Onix Capital       |
| 4/30/2019 | interest    | $ 880.36    | Onix Capital       |
| 5/31/2019 | interest    | $ 1,022.23  | Onix Capital       |
| 6/30/2019 | interest    | $ 923.67    | Onix Capital       |
| Total     |             | $ 10,264.14 |                    |

**Grand Total**   $ 1,889,886.14

**Onix Capital Receivership Expenses of Estate Account**
**EXHIBIT 2 EXPENSES**
**Receivership Account**

| Date | Check # | Payable | Amount | Description |
|---|---|---|---|---|
| 4/30/2019 | | United States Treasury | $ 407.92 | Taxes |

**Intital Distribution**

| Date | Check # | Payable | Amount | Description |
|---|---|---|---|---|
| 4/16/2019 | | Distributions to Investors | $ 4,975,705.79 | |

**Professional Fees (Contingency Fee)**

| Date | Check # | Payable | Amount | Description |
|---|---|---|---|---|
| 1/7/2019 | wire | Kozyak Tropin & Throckmorton | $ 103,848.19 | Onix Capital |

**Professional Fees (Contingency Fee)**

| Date | Check # | Payable | Amount | Description |
|---|---|---|---|---|
| 3/27/2019 | | Berkowitz Pollack and Brant | $ 9,514.00 | Sale of Square |
| 3/27/2019 | | Shraiberg, Landau & Page, P.A. | $ 10,000.00 | Settlement Funds |
| | | | $ 19,514.00 | |

**Professional Fees (DE 263) 4/16/19**

| Date | Check # | Payable | Amount | Description |
|---|---|---|---|---|
| 4/17/2019 | check | Damian & Valori | $ 16,697.72 | thru 12/31/18 |
| 4/17/2019 | check | Kozyak Tropin & Throckmorton | $ 244,946.03 | thru 12/31/18 |
| 4/17/2019 | check | Kapila Mukamal LLP | $ 55,527.01 | thru 12/31/18 |
| 4/17/2019 | check | Shumaker Loop & Kendrick LLP | $ 16,133.80 | thru 12/31/18 |
| | | | $ 333,304.56 | |

Total Profesional Fees            $ 456,666.75

**Grand Total**                    $ 5,432,780.46