UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24678-Civ-COOKE/LOUIS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ONIX CAPITAL LLC, *et. al.*,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation ("Report") of the Honorable Lauren Louis, U.S. Magistrate Judge (ECF No. 286), regarding the Receiver's Fourth Interim Report and Motion Authorizing (A) the Payment of Fees and Expenses of Receiver and her Professionals and (B) Supplemental Distribution to Claimant No. 17 (the "Motion") (ECF No. 270). In the Report, Judge Louis recommends that the Court grant the Motion. ECF No. 286. Having reviewed the Motion, the record, and the relevant legal authorities, the Court finds the Report to be clear, cogent, and compelling.

Accordingly, the Report (ECF No. 286) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that:

1. The Receiver's Fourth Interim Report and Motion Authorizing (A) the Payment of Fees and Expenses of Receiver and her Professionals and (B) Supplemental Distribution to Claimant No. 17 (ECF No. 270) is **GRANTED**.
2. The fees and costs of Damian & Valori LLP for the Fourth Application Period in the amount of $16,460.50 in fees and $95.37 in costs are **APPROVED**.
3. The fees and costs of Kozyak, Tropin & Throckmorton LLP for the Fourth Application Period in the amount of $171,955.00 in fees and $18,733.24 in costs are **APPROVED**.
4. The fees and costs of KapilaMukamal, LLP for the Fourth Application Period in the amount of $23,724.30 in fees and $244.80 in costs are **APPROVED**.
5. The fees of Shumaker Loop & Kendrick, LLP for the Fourth Application Period in the amount of $14,568.00 are **APPROVED**.
6. The fees of the Consulting Expert for the Fourth Application Period in the amount

of $24,420.50 are **APPROVED**.

7. The Receiver is authorized to pay 80% of the approved fees ($16,460.50 as to Damian & Valori LLP, $171,955.00 as to Kozyak Tropin & Throckmorton LLP, $23,724.30 as to KapilaMukamal, LLP, $14,568.00 as to Shukamer Loop & Kendrick, LLP, and $24,420.50 as to the Consulting Expert) and 100% of the approved costs from the assets held by the Receivership Estate.

8. The Receiver may request payment of the remaining balance of the approved fees (*i.e.*, the 20% holdback) upon final distribution of Receivership assets to investors.

9. The allowed claim amount for Claim 17, as identified in ECF No. 261-2, is amended to be $187,400.00 and not $72,750.00. The Receiver shall pay the adjusted pro rata amount upon entry of this Order.

**DONE and ORDERED** in chambers, at Miami, Florida, this 13th day of May 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren Louis, U.S. Magistrate Judge*
*Counsel of record*