# EXHIBIT "A"
## Proposed Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24678-COOKE/LOUIS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ONIX CAPITAL LLC, *et al.*,

    Defendants.
_____/

### ORDER GRANTING RECEIVER'S MOTION
### TO APPROVE AND ENFORCE SETTLEMENT

THIS CAUSE comes before the Court on the Receiver's Motion (the "Motion") to Approve and Enforce Settlement (the "Settlement") to be entered into by and between Melanie E. Damian, as Receiver (the "Receiver") of Onix Capital LLC ("Onix") and the Relief Defendants in the above captioned matter, and the Settling Third-Parties that participated in a confidential mediation with the Receiver.

Having considered the Motion, the confidential Settlement Agreement submitted to the Court for *in camera* inspection, and the record in this receivership case, and being otherwise duly advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The Receiver's Motion to Approve and Enforce Settlement [D.E. _____] is **GRANTED.**

2. The Court finds that the Settlement Agreement is in the best interest of the Receivership Estate.

3. The payment of the Settlement Amount shall be in full and final settlement of all claims the Receiver could bring against the Settling Third-Parties pursuant to this Court's Receivership Order.

4. The Court authorizes the Receiver to enter into the Settlement Agreement, and this Court reserves jurisdiction to enforce the Settlement Agreement.

5. There being no just reason for delay, this Order is, and is intended to be, a final, appealable decision of the Court within the meaning of Rule 54(b) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of September 2020.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record