# EXHIBIT A

## SEC'S STANDARDIZED FUND ACCOUNTING REPORT

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
SEC v. ONIX CAPITAL ET AL.
Reporting Period 7/1/19 to 7/31/20

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 7/1/19): | $ - | $ - | $ 2,190,145.81 |
| | **Increases in Fund Balance:** | | | |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities | | | |
| **Line 4** | Interest/Dividend Income [1] | $ 3,500.25 | $ 3,500.25 | $ 3,500.25 |
| **Line 5** | Business Asset Liquidation [1] | $ 2,600,000.00 | $ 2,600,000.00 | $ 2,600,000.00 |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | $ - | $ - | $ - |
| | **Total Funds Available (Lines 1-8):** | | | $ 4,793,646.06 |
| | **Decreases in Fund Balance:** | | | |
| **Line 9** | Disbursements to Investors | $ - | $ - | $ - |
| Line 9b | Disbursement to Claimant Pursuant to Court Order [2] | $ 3,023,545.03 | $ 3,023,545.03 | $ 3,023,545.03 |
| **Line 10** | Disbursements for Business Operations [2] | $ 62,989.85 | $ 62,989.85 | $ 62,989.85 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 224,674.65 | $ 224,674.65 | $ 224,674.65 |
| Line 10b | Busniess Asset Expenses: | $ - | $ - | $ - |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements for Receivership Operations** | $ 3,311,209.53 | $ 3,311,209.53 | $ 3,311,209.53 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 3,311,209.53 |
| **Line 13** | **Ending Balance (As of July 31, 2020)** | | | $ 1,482,436.53 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 1,482,436.53 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 1,482,436.53 |
| **Lines 15-19** | Other Supplemental Information: | N/A | | |

[1] Funds were received and the Receivership accounts were consolidated into Onix Capital Receivership Account. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership and its assets along with the intial distribution. See expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Onix Capital Receivership Receipts of Estate Accounts**
**EXHIBIT 1 Receipts**

| | | Amount | Account |
|---|---|---|---|
| 12/13/2019 | | $ 2,600,000.00 | |
| | | $ 2,600,000.00 | |

**City National Bank Interest**

| Date | Explanation | Amount | Account |
|---|---|---|---|
| 7/31/2019 | interest | $ 1,089.07 | Onix Capital |
| 8/31/2019 | interest | $ 988.26 | Onix Capital |
| 9/30/2019 | interest | $ 1,015.14 | Onix Capital |
| 10/31/2019 | interest | $ 27.70 | Onix Capital |
| 11/30/2019 | interest | $ 25.91 | Onix Capital |
| 12/31/2019 | interest | $ 45.69 | Onix Capital |
| 1/31/2020 | interest | $ 60.82 | Onix Capital |
| 2/29/2020 | interest | $ 54.86 | Onix Capital |
| 3/31/2020 | interest | $ 62.68 | Onix Capital |
| 4/30/2020 | interest | $ 52.49 | Onix Capital |
| 5/31/2020 | interest | $ 31.83 | Onix Capital |
| 6/30/2020 | interest | $ 25.19 | Onix Capital |
| 7/31/2020 | interest | $ 20.61 | Onix Capital |
| Total | | $ 3,500.25 | |

**Grand Total**        **$ 2,603,500.25**

**Onix Capital Receivership Expenses of Estate Account**
**EXHIBIT 2 EXPENSES**
**Receivership Account**

| Date | Check # | Payable | | Amount | Description |
|------|---------|---------|---|--------|-------------|
| 8/23/2019 | | Claimant | $ | 19,053.35 | Settlement |
| 2/6/2020 | | American Arbitration Association | $ | 7,975.00 | |
| 4/13/2020 | | Return of wire fee | $ | 30.00 | |
| 4/20/2020 | | American Arbitration Association | $ | 9,322.50 | |
| 5/4/2020 | | American Arbitration Association | $ | 26,489.00 | |
| 5/18/2020 | | Return wire fee | $ | 120.00 | |
| | | | $ | 62,989.85 | |

**Second Distribution**

| | | | | | |
|------|---|---------|---|--------|---|
| 4/13/2020 | | Distributions to Investors | $ | 2,978,682.49 | |
| 5/18/2020 | | Distributions to Investors | $ | 44,862.54 | |
| | | | $ | 3,023,545.03 | |

**Professional Fees (DE 291) 5/13/20**

| | | | | | |
|------|------|---------|---|--------|------------|
| 5/15/2020 | | Damian & Valori | $ | 13,263.77 | thru 6/30/19 |
| 5/15/2020 | | Kozyak Tropin & Throckmorton | $ | 156,297.24 | thru 6/30/19 |
| 5/15/2020 | | Kapila Mukamal LLP | $ | 19,224.24 | thru 6/30/19 |
| 5/15/2020 | | Shumaker Loop & Kendrick LLP | $ | 11,654.40 | thru 6/30/19 |
| 7/27/2020 | 1034 | Berkowitz Pollack and Brant | $ | 24,235.00 | thru 6/30/19 |
| | | | $ | 224,674.65 | |

| **Grand Total** | | $ | **3,311,209.53** |
|-----------------|---|---|------------------|