UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Civ-24678-COOKE/LOUIS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ONIX CAPITAL LLC, *et al.*,

    Defendants.

_____/

**ORDER GRANTING RECEIVER'S FIFTH MOTION
TO AUTHORIZE THE PAYMENT OF FEES AND EXPENSES
OF RECEIVER AND HER PROFESSIONALS**

THIS MATTER is before the Court on the *Receiver's Fifth Interim Report and Motion Authorizing the Payment of Fees and Expenses of Receiver and her Professionals* ("Fifth Fee Application") (ECF No. 307). By the Fifth Fee Application, the Receiver seeks payment of fees and costs incurred by the Receiver and her counsel from July 1, 2019 through July 31, 2020 (the "Fifth Application Period").

The Court has considered the Fifth Fee Application and the attachments thereto and finds and concludes that the requested fees and costs represent actual and necessary expenses incurred in the performance of the Receiver's duties, for which the Receiver and her professionals are entitled to compensation pursuant to the Order Appointing Receiver. ECF Nos. 84, 148. Accordingly, the Court determines that the Fifth Fee Application should be granted.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The fees and costs of Damian & Valori LLP for the Fifth Application Period in the amount of $24,392.50 in fees and $2,343.16 in costs are **APPROVED**.

2. The fees and costs of Kozyak, Tropin & Throckmorton LLP for the Fifth Application Period in the amount of $177,840.00 in fees and $29,450.03 in costs are **APPROVED**.

3. The fees and costs of KapilaMukamal, LLP for the Fifth Application Period in the amount of $14,615.00 in fees and $253.05 in costs are **APPROVED**.

4. The fees of Shumaker Loop & Kendrick, LLP for the Fifth Application Period in the amount of $3,600.00 are **APPROVED**.

5. The fees and costs of Cimo Mazer Mark PLLC for the Fifth Application Period in the amount of $33,680.00 in fees and $1.10 in costs are **APPROVED**.

The fees of Expert Witness for the Fifth Application Period in the amount of $4,275.00 are **APPROVED**.

6. The Receiver is authorized to pay 80% of the approved fees ($24,392.50 as to Damian & Valori LLP, $177,840.00 as to Kozyak Tropin & Throckmorton LLP, $14,615.00 as to KapilaMukamal, LLP, and $3,600.00 as to Shukamer Loop & Kendrick, LLP), 100% of the approved fees ($33,680.00 as to Cimo Mazer Mark PLLC and $4,275.00 as to Expert Witness), and 100% of the approved costs from the assets held by the Receivership Estate.

7. The Receiver may request payment of the remaining balance of the approved fees (*i.e.*, the 20% holdback) upon final distribution of Receivership assets to investors.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 4th day of November 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Lauren F. Louis, U.S. Magistrate Judge*
*Counsel of Record*