UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-24678-COOKE/LOUIS

SECURITIES AND EXCHANGE COMMISSION,    )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )
                                       )
ONIX CAPITAL LLC, et al.,              )
                                       )
    Defendants.                        )
_____)

**FINAL JUDGMENT AS TO DEFENDANT ONIX CAPITAL LLC**

The Securities and Exchange Commission having filed a Complaint and Defendant Onix Capital LLC ("Onix") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

**INCORPORATION OF JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court's Judgment as to Onix entered on January 26, 2017, ECF No. 61, is hereby adopted and incorporated by reference with the same force and effect as if fully set forth herein, and Onix shall comply with all of the undertakings and agreements set forth therein.

**II.**

**DISGORGEMENT AND PREJUDGMENT INTEREST**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Onix is liable for disgorgement of $8,031,766.62, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,759,316.00, for a total of $9,791,082.62, but payment of disgorgement and/or prejudgment interest shall be deemed satisfied by the amount collected by the Receiver at the conclusion of the Receivership,

based upon the Court's approval of the Receiver's submission of a final accounting.[1]

In the event payment to the Commission is required, Onix may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Onix Capital LLC as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Onix shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Onix relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Onix.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Onix shall pay post

---

[1] At that time, the Commission will move to dismiss its claims against Relief Defendants Deep Ocean LLC, Next Cab Ventures LLC, Next Call Ventures LLC, Next Chat Ventures LLC, Next Pay Ventures LLC, Next U Ventures LLC, Next Track Ventures LLC, and Progressive Power LLC (collectively, "Relief Defendants"). To facilitate the Receiver's continuing identification, marshaling, liquidation, and distribution of assets, the Receivership Order, ECF No. 84, shall remain effective as to Defendant and Relief Defendants until further order of the Court.

judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.
### INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Consent to Final Judgment is incorporated herein with the same force and effect as if fully set forth herein, and that Onix shall comply with all of the undertakings and agreements set forth therein.

### IV.
### RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

### V.
### RULE 54(b) CERTIFICATION

There being no reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

DONE and ORDERED in chambers, Miami, Florida, this 21st day of April 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren Fleischer Louis, U.S. Magistrate Judge*
*Counsel of record*