# EXHIBIT A

## SEC'S STANDARDIZED FUND ACCOUNTING REPORT

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
SEC v. ONIX CAPITAL ET AL.
Reporting Period 8/1/20 to 4/30/21

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 8/1/20): | $            - | $            - | **$ 1,482,436.53** |
| | **Increases in Fund Balance:** | | | |
| Line 2 | Business Income | $            - | $            - | $            - |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income [1] | $       269.77 | $       269.77 | $       269.77 |
| Line 5 | Business Asset Liquidation [1] | $   3,307,220.00 | $   3,307,220.00 | $ 3,307,220.00 |
| Line 6 | Personal Asset Liquidation | $            - | $            - | $            - |
| Line 7 | Third-Party Litigation Income | $            - | $            - | $            - |
| Line 8 | Miscellaneous - Other | $            - | $            - | $            - |
| | **Total Funds Available (Lines 1-8):** | | | **$ 4,789,926.30** |
| | **Decreases in Fund Balance:** | | | |
| Line 9 | Disbursements to Investors | $            - | $            - | $            - |
| Line 9b | Disbursement to Claimant Pursuant to Court Order | $            - | $            - | $            - |
| Line 10 | Disbursements for Business Operations [2] | $     26,687.50 | $     26,687.50 | $     26,687.50 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $   246,314.24 | $   246,314.24 | $   246,314.24 |
| Line 10b | Busniess Asset Expenses: | $            - | $            - | $            - |
| Line 10c | Personal Asset Expenses: | $            - | $            - | $            - |
| Line 10d | Investment Expenses | $            - | $            - | $            - |
| Line 10e | Third-Party Litigation | $            - | $            - | $            - |
| Line 10f | Tax Administrator Fees and Bonds | $            - | $            - | $            - |
| Line 10g | Federal and State Tax Payments | $            - | $            - | $            - |
| | **Total Disbursements for Receivership Operations** | $   273,001.74 | $   273,001.74 | $   273,001.74 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $            - | $            - | $            - |
| Line 11a | Distribution Plan Development Expenses: | $            - | $            - | $            - |
| Line 11b | Distribution Plan Implementation Expenses: | $            - | $            - | $            - |
| Line 12 | Disbursements to Court/Other | $            - | $            - | $            - |

| | | | | |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | **$   273,001.74** |
| **Line 13** | **Ending Balance (As of April 30, 2021)** | | | **$ 4,516,924.56** |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | **$ 4,516,924.56** |
| Line 14b | Investments | | | **$ -** |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | **$ 4,516,924.56** |
| **Lines 15-19** | Other Supplemental Information: | N/A | | |

[1] Funds were received and the Receivership accounts were consolidated into Onix Capital Receivership Account. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership and its assets along with the intial distribution. See expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**Onix Capital Receivership Receipts of Estate Accounts**
**EXHIBIT 1 Receipts**

| | | Amount | Account |
|---|---|---|---|
| 8/20/2020 | | $ 24,660.00 | American Arbitration Refund |
| 9/3/2020 | | $ 75,000.00 | Sterns Weaver |
| 11/19/2020 | | $ 912,500.00 | PAG Insurance Settlement |
| 3/10/2021 | | $ 1,055,060.00 | Volpi/Barbiera |
| 3/11/2021 | | $ 1,240,000.00 | OpenBuy |
| | | $ 3,307,220.00 | |

**City National Bank Interest**

| Date | Explanation | Amount | Account |
|---|---|---|---|
| 8/31/2020 | interest | $ 20.19 | Onix Capital |
| 9/30/2020 | interest | $ 20.41 | Onix Capital |
| 10/31/2020 | interest | $ 20.05 | Onix Capital |
| 11/30/2020 | interest | $ 22.37 | Onix Capital |
| 12/31/2020 | interest | $ 28.64 | Onix Capital |
| 1/31/2021 | interest | $ 26.48 | Onix Capital |
| 2/28/2021 | interest | $ 25.57 | Onix Capital |
| 3/31/2021 | interest | $ 50.37 | Onix Capital |
| 4/30/2021 | interest | $ 55.69 | Onix Capital |
| Total | | $ 269.77 | |

**Grand Total**        **$ 3,307,489.77**

**Onix Capital Receivership Expenses of Estate Account**
**EXHIBIT 2 EXPENSES**
**Receivership Account**

| Date | Check # | Payable | Amount | | Description |
|------|---------|---------|--------|---|-------------|
| 8/20/2020 | 1033 | Upchurch Watson White & Max | $ | 4,187.50 | Mediation Fee |
| 9/9/2020 | 1037 | Kozyak Tropin & Throckmorton | $ | 22,500.00 | Contingency Fee |
| | | | $ | 26,687.50 | |

**Professional Fees (DE 291) 5/13/20**

| Date | Check # | Payable | Amount | | Description |
|------|---------|---------|--------|---|-------------|
| 11/4/2020 | 1038 | Damian & Valori | $ | 21,857.16 | thru 7/31/20 |
| 11/4/2020 | 1040 | Kozyak Tropin & Throckmorton | $ | 171,677.03 | thru 7/31/20 |
| 11/4/2020 | 1041 | Kapila Mukamal LLP | $ | 11,945.05 | thru 7/31/20 |
| 11/4/2020 | 1042 | Shumaker Loop & Kendrick LLP | $ | 2,880.00 | thru 7/31/20 |
| 11/4/2020 | 1043 | Cimo Mazer Mark PLLC | $ | 33,680.00 | thru 7/31/20 |
| 11/20/2020 | 1044 | Adams Gallinar | $ | 4,275.00 | |
| | | | $ | 246,314.24 | |

| | | **Grand Total** | $ | 273,001.74 | |