UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24678-CIV-COOKE/TORRES

SECURITIES AND EXCHANGE COMMISSION,    )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )
                                       )
ONIX CAPITAL LLC, et al.,              )
                                       )
    Defendants.                        )
_____)

**SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO CONTINUE HEARING ON THE COMMISSION'S MOTION FOR JUDGMENT**

Plaintiff Securities and Exchange Commission ("Commission") moves, unopposed, to continue the hearing on the Commission's Motion for Judgment and states the following:

1. On August 24, 2021, this Court entered an Order [DE 339] setting a Hearing on August 31, 2021, at 11:00 am on the Commission's Motion for Judgment [DE 309].

2. Undersigned counsel was previously ordered to participate in a settlement conference being held with Magistrate Judge Otazo-Reyes on August 31, 2021, beginning at 10:30 am. DE 85, 87, *SEC v. Thunderbird Power Corp.*, No. 1:20-cv-22901-DPG.

3. Accordingly, the Commission requests that the hearing be continued. The undersigned is available at the Court's convenience, with the exception of September 8, 2021, from 1:30 pm forward, when a preliminary injunction hearing has been scheduled in another matter. DE 30, *SEC v. MJ Capital Funding, LLC*, No. 0:21-cv-61644-AHS.

**Certification of Conferral**

On August 24, 2021, the undersigned communicated with Sharon Kegerreis, attorney for defendant, who advised that defendant did not object to the Commission's motion.

Dated:  August 26, 2021						Respectfully submitted,

							By:	Andrew O. Schiff              _
								Andrew O. Schiff
								Regional Trial Counsel
								S.D. Fla. No. A5501900
								Telephone:  (305) 982-6390
								Facsimile:  (305) 536-4154
								E-mail:  schiffa@sec.gov

								Attorney for Plaintiff
								Securities and Exchange Commission
								801 Brickell Avenue, Suite 1800
								Miami, FL 33131
								Telephone: (305) 982-6300
								Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

							By:	Andrew O. Schiff              _
								Andrew O. Schiff